**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENGIZ SENGEL,<br><br>           Plaintiff,<br><br>  v.<br><br>CLIENT SERVICES, INC.,<br><br>           Defendant. | Case No. 5:20-cv-02251-DDP-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff CENGIZ SENGEL ("Plaintiff"), by and through the undersigned counsel and in support of their Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, CLIENT SERVICES, INC., with prejudice. Each party shall bear its own costs and attorney fees

Respectfully submitted this 5th day of November 2020.

1

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa